# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CARDIACSENSE LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:24-cv-01505-ADA |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff CardiacSense Ltd. hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not yet filed an answer or motion for summary judgment, and dismissal without court order is appropriate under Rule 41(a)(1)(A)(i).

April 14, 2025

Respectfully submitted,

By: /s/ *Benjamin C. Deming*
Benjamin C. Deming
DNL ZITO
3232 McKinney Ave, Suite 500
Dallas, TX 75204
214-799-1145
bdeming@dnlzito.com

Joseph J. Zito
DNL Zito
1250 Connecticut Avenue, NW
Ste 700
Washington, DC 20036
202-466-3500
Email: jzito@dnlzito.com

*Attorneys for CardiacSense, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on all parties via the Court's CM/ECF system on April 14, 2025.

/s/ *Benjamin C. Deming*
Benjamin C. Deming
DNL ZITO
3232 McKinney Ave, Suite 500
Dallas, TX 75204
214-799-1145
bdeming@dnlzito.com

*Attorneys for CardiacSense, Ltd.*
