John M. Desmarais (SBN 320875)
**DESMARAIS LLP**
101 California Street
Suite 3000
San Francisco, CA 94111
Facsimile: (310) 789-3150

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARDIACSENSE LTD.,<br><br>　　　　　Defendant. | Case No.<br><br>**GOOGLE LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PARTIES**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC

2. XXVI Holdings Inc., Holding Company of Google LLC

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: July 15, 2025

*/s/ John M. Desmarais*
John M. Desmarais (SBN 320875)
Marie Weisfeiler (*pro hac vice* forthcoming)
Kurt D. Fredrickson (SBN 353010)
**DESMARAIS LLP**
101 California Street
Suite 3000
San Francisco, CA 94111

Facsimile: (310) 789-3150

Karim Z. Oussayef (*pro hac vice* forthcoming)
Carson Olsheski (*pro hac vice* forthcoming)
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

David J. Shaw (*pro hac vice* forthcoming)
**DESMARAIS LLP**
1899 Pennsylvania Avenue NW
Washington, DC 2006
Telephone: 202-451-4900
Facsimile: 202-451-4901

*Attorneys for Plaintiff Google LLC*

GOOGLE LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PARTIES         2         Case No.