John M. Desmarais (SBN 320875)
**DESMARAIS LLP**
101 California Street
Suite 3000
San Francisco, CA 94111
Facsimile: (310) 789-3150

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, <br><br> Plaintiff, <br><br> v. <br><br> CARDIACSENSE LTD., <br><br> Defendant. | Case No. <br><br> **GOOGLE LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: July 15, 2025

*/s/ John M. Desmarais*
John M. Desmarais (SBN 320875)
Marie Weisfeiler (*pro hac vice* forthcoming)
Kurt D. Fredrickson (SBN 353010)
**DESMARAIS LLP**
101 California Street
Suite 3000
San Francisco, CA 94111
Facsimile: (310) 789-3150

Karim Z. Oussayef (*pro hac vice* forthcoming)
Carson Olsheski (*pro hac vice* forthcoming)
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

David J. Shaw (*pro hac vice* forthcoming)
**DESMARAIS LLP**
1899 Pennsylvania Avenue NW
Washington, DC 2006
Telephone: 202-451-4900
Facsimile: 202-451-4901

*Attorneys for Plaintiff Google LLC*

GOOGLE LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

2

Case No.