UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC ,

Plaintiff(s),

v.

CARDICSENSE LTD. ,

Defendant(s).

Case No. 5:25-cv-05897

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marie Weisfeiler , an active member in good standing of the bar of New York State , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: GOOGLE LLC in the above-entitled action. My local co-counsel in this case is John M. Desmarais , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 320875 .

| 101 California St. San Francisco, CA, 94111 | 101 California St. San Francisco, CA, 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (415) 573-1931 | (212) 351-3420 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MWeisfeiler@desmaraisllp.com | JDesmarais@desmaraisllp.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5928395 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2025

Marie Weisfeiler
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marie Weisfeiler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Marie Elizabeth Weisfeiler

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 28, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 11, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00225312



# Supreme Court of the State of New York
# Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

     An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

     An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

     New York State does not register attorneys as active or inactive.

     An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

     Bar examination history is available from the New York State Board of Law Examiners.

     Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020