# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name\*:**  John M. Desmarais
2. **Your Email Address\*:**  jdesmarais@desmaraisllp.com
3. **Receipt Agency Tracking ID for Refund\*:**  BCANDC-20893209
4. **Transaction Date for Refund\*:**  July 15, 2025
5. **Transaction Amount to be Refunded\*:**  $405.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:**  ACANDC-20893547
7. **Your Phone Number:**  (202) 451-4923
8. **Full Case Number (if applicable):**  5:25-cv-05897-BLF

9. **Fee Type:\***
   - [ ] Attorney Admission
   - [✓] Civil Case Filing
   - [ ] Audio Recording
   - [ ] Notice of Appeal
   - [ ] Pro Hac Vice
   - [ ] Writ of Habeas Corpus
   - [ ] Other: _____

10. **Reason for Refund Request\*:**  *Explain in detail what happened to cause duplicate charges, no fee required, etc.*
    - [✓] Duplicate Charge
    - [ ] No Fee Required for Filing
    - [ ] Other

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: [ ] Approved   [ ] Denied   [ ] Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |